■ Morris Seidman, as Trustee of MS Jewelry Manufacturing Co. Inc. Employees Retirement Trust Fund, Plaintiff, v Merchants Bank of New York et al., Defendants. Grace Blumetti, Intervenor-Appellant, v Morris Seidman, as Trustee of MS Jewelry Manufacturing Co. Inc. Employees Retirement Trust Fund, et al., Intervention-Respondents. [665 NYS2d 507] —Order, Supreme Court, New York County (David Saxe, J.), entered on or about September 17, 1996, which granted intervention codefendants' motion for summary judgment dismissing intervenor's complaint, unanimously affirmed, without costs.

Res judicata bars intervenor's litigation of claims based on the same transaction involved in the prior appeal (214 AD2d 109), by which time intervenor was a party to the action and in which she had a full and fair opportunity to raise the claims she now wants to press (*see, Smith v Russell Sage Coll.*, 54 NY2d 185, 192, 194, n 3). Concur—Sullivan, J. P., Milonas, Rosenberger, Ellerin and Wallach, JJ.

■ In the Matter of Tabitha Crystal Ebony G., an Infant. Catholic Guardian Society et al., Respondents; Myrick A., Appellant. [664 NYS2d 533] —Appeal from order, Family Court, New York County (Ruth Zuckerman, J.), entered on or about September 1, 1994, which, *inter alia*, committed the custody of the child to petitioners-respondents, and bringing up for review an order of the same court and Judge, entered on or about February 18, 1994, which granted petitioners-respondents' motion to withdraw the petition insofar as it sought to terminate appellant's parental rights, unanimously dismissed, without costs.

Application by appellant's assigned counsel to withdraw is granted (*see, Matter of Louise Wise Services*, 131 AD2d 306). We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal and that appellant is not aggrieved by the withdrawal of the petition as against him. Concur—Sullivan, J. P., Milonas, Rosenberger, Ellerin and Wallach, JJ.